Eastern District of Kentucky
FILED
NOV 20 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 6:26-cr-133-REW
**21 U.S.C. § 846**

**RAMON FRANCO-FERNANDEZ,**
**aka BOCHO**

* * * * *

**THE GRAND JURY CHARGES:**

Beginning in or about August of 2026, the exact date unknown, and continuing through on or about November 14, 2026, in Laurel, Madison, and Fayette Counties, in the Eastern District of Kentucky, and elsewhere,

**RAMON FRANCO-FERNANDEZ,**
**aka BOCHO,**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

/for

**W. SAMUEL DOTSON**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:**

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.